# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2018

## NO. 03-17-00457-CV

**Theodore Stillwell, Appellant**

**v.**

**Dawn D. Stillwell, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the final decree of divorce signed by the trial court on May 4, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's final decree of divorce. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.